# United States District Court for the District of Massachusetts
## Civil Action

Richard Martin
(*Plaintiff*)

v.

Docket Number

Microsoft Corporation
(*Defendant*)

### Parties
39 Kingston Street, Boston, MA 02111

One Microsoft Way, Redmond, WA 98052

### Jurisdiction
28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs
- Plaintiff and defendant are citizens of different states
- Matter in controversy exceeds 75,000 USD

### Statement of Facts
On February 2nd, 2015 around 5:10pm, I walked into the Microsoft Store(The Shops at Prudential Center, 800 Boylston St, Boston, MA 02199). An employee immediately approached me and started harassing me. I lawfully demanded the offender stop. Next, he placed his body against mine. Finally, he placed his arm around me.

The offender committed an Indecent Assault and Battery on Person Over 14 (MGL ch. 265, § 13H)

I have no idea what made the offender believe that this type of behavior is acceptable. I look forward to deposing him.

### Statement of Claims
I. Intentional infliction of emotional distress
    A. Microsoft Corporation is responsible for the intentional, extreme, and outrageous acts of the aforementioned offender.

II. Negligence
   A. Microsoft Corporation had a legal duty to the exercise reasonable care towards me when I was at its store. It failed to exercise reasonable care when I was indecently assaulted. As any rational person would, I suffered severe emotional distress as a direct result of the defendant not exercising reasonable care.

III. Battery
   A. Microsoft Corporation is responsible for the both the sexual and nonsexual contact the offender made against me. All of this contact was intentional and offensive, without my permission, and very much against my wishes.

### Request for relief

I hope to lower the risk of others experiencing variations of the previously mentioned behavior while at Microsoft Stores.

I am requesting:
- an injunction for the defendant to overhaul its policies and procedures to prevent employees of Microsoft from indecently assaulting visitors to its stores
- offender be immediately terminated
- 10,000,000 USD in compensatory and punitive damages

### Jury Demand
The plaintiff demands a trial by jury in regards to this complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8th, 2015,

Richard B. Martin Jr.

RichardB.MartinJr
(@gmail.com)
240-394-5707
39 Kingston Street
Boston, MA 02111