UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD B. MARTIN, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-13323-JCB |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS[1]
[Docket No. 37]

August 29, 2016

Boal, M.J.

Pro se plaintiff Richard B. Martin, Jr. filed a complaint against defendant Microsoft Corporation on September 8, 2015.  Docket No. 1.  The Court issued a scheduling order on March 8, 2016.  Docket No. 17.

On May 29, 2016, Martin filed a motion to stay the case for one year because he does not have the resources to properly litigate the case at this time, see Docket No. 29, which other courts have construed as a notice of voluntary dismissal.  See, e.g., Martin v. Whole Foods Market, No. 15-cv-13458-ADB (D. Mass.), at Docket No. 17.  The Court denied the motion, noting that Martin filed the action, that he was responsible for prosecuting it, and that staying the litigation for one year would result in undue delay.  Docket No. 30.

---

[1] On February 11, 2016, the parties consented to the jurisdiction of a magistrate judge for all purposes.  Docket No. 12.

1

On June 13, 2016, Microsoft filed a motion to dismiss.  Docket No. 32.  On July 13, 2016, the Court held a status conference.  Martin did not appear at that conference.  Defense counsel reported that Martin had not responded to its discovery requests, which responses were due on June 15, 2016.  The Court ordered Martin to serve responses to Microsoft's discovery requests no later than July 29, 2016.  Docket No. 35.  The Court noted that failure to serve timely responses could result in sanctions, including dismissal of this action.  Id.  The Court also denied Microsoft's motion to dismiss without prejudice to renewal should Martin fail to serve timely responses to Microsoft's discovery requests.  Docket No. 36.

On August 9, 2016, Microsoft filed a motion to dismiss because Martin had failed to respond to its discovery requests, in violation of the Court's July 13, 2015 order.  Docket No. 37.  To date, Martin has not filed a response to Microsoft's motion to dismiss and has stopped prosecuting this action.  Accordingly, the Court grants Microsoft's motion to dismiss.

      /s/  Jennifer C. Boal  
      JENNIFER C. BOAL  
      UNITED STATES MAGISTRATE JUDGE