UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD B. MARTIN, JR. <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-13323-JCB |

ORDER OF DISMISSAL

August 29, 2016

Boal, M.J.

In accordance with the Court's Order dated August 29, 2016, granting the Defendant's motion to dismiss in the above-entitled action, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge